IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DICK PERRY CHIMEL NKONDI, | § § § | |
| Petitioner, | § § | |
| v. | § | 1:26-CV-330-RP |
| | § | |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, et al., | § § § § | |
| Respondents. | § § | |

**ORDER**

**IT IS ORDERED** that **on or before February 27, 2026**, the parties shall refile any document that contains the names of Petitioner Dick Perry Chimel Nkondi's minor children by either redacting the children's names or replacing their names with initials. The parties shall not make any other changes to their submissions. The Court will seal the documents that contain the children's names by separate order. The original documents will continue to be the live pleadings in this matter.

**SIGNED** on February 24, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE