UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Dick Perry Chimel Nkondi §
§ CIVIL NO:
vs. § AU:26-CV-00330-RP
§
Todd Lyons, Robert Cerna, Charlotte Collins, §
Kristi Noem, Pam Bondi

## ORDER SETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, March 20, 2026 at 09:30 AM**. All parties or counsel must appear at this hearing.

IT IS SO ORDERED this 9th day of March, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE