UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Dick Perry Chimel Nkondi §
§
vs. § NO:   AU:26-CV-00330-RP
§
Todd Lyons, Robert Cerna, Charlotte Collins, §
Kristi Noem, Pam Bondi

## ORDER RESETTING HEARING BY ZOOM

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear for a PRETRIAL CONFERENCE BY ZOOM on March 20, 2026  at  09:30 AM .  The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 18th day of March, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE